UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM MURPHY and
BEVERLY MURPHY,

    Plaintiffs,

v.                                        CASE NO. 2:19-cv-00737-JLB-MRM

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____

## ORDER

    The Defendant announces a settlement. (Doc. 27.) Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days of entry of this Order to either (1) submit a stipulated form of final order or judgment, or (2) move to vacate the dismissal for good cause. All pending hearing and trial dates (Doc. 24) are vacated, and the Clerk is DIRECTED to close the case.

    ORDERED in Fort Myers, Florida, on November 19, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE